FILED
CLERK, U.S. DISTRICT COURT

Jun 23, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SAMUEL LOVE,

        Plaintiff,

v.

NEMAX, INC., a California
Corporation; and Does 1-10,

        Defendants.

Case: 5:15-CV-00604-SVW-JEM

**ORDER**

JS-6

## ORDER

    This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 23, 2015

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1